**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 25-57859-PMB |
| **RENEE LASHAWN DUNN,** | : | |
| | : | CHAPTER 13 |
| | : | |
| DEBTOR | : | JUDGE BAISIER |

## NOTICE OF HEARING ON MOTION TO EXCUSE PLAN PAYMENTS

**PLEASE TAKE NOTICE** that the above-named Debtor has filed a Motion to Excuse Plan Payments (the "Motion") and related papers with the Court seeking an order excusing plan payments.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion at 10:15 AM on September 25, 2025, in Courtroom 1202, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta Georgia, 30303, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: August 24, 2025.

Respectfully submitted,

/s/Stanley J. Kakol, Jr.
Stanley J. Kakol, Jr.
Law Offices of Stanley J. Kakol, Jr.
5353 Fairington Road, Suite C
Lithonia, Georgia 30038
770-800-0440
Debtor's Attorney

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 25-57859-PMB |
| **RENEE LASHAWN DUNN,** | : | |
| | : | CHAPTER 13 |
| | : | |
| **DEBTOR** | : | JUDGE BAISIER |

## MOTION TO EXCUSE PLAN PAYMENTS

COMES NOW Debtor, through counsel, and pursuant to 11 U.S.C. §105(a) files this Motion to Excuse Plan Payments and shows this Honorable Court as follows:

1.

Debtor filed the instant Chapter 13 case and Plan on 07/14/2025.

2.

The Confirmation Hearing is currently scheduled for 09/25/2025. Debtor's proposed Chapter 13 Plan provides for a plan payment of $690.00 per month, a 36 month applicable commitment period and a 0% dividend to unsecured creditors.

3.

Debtor shows that she is a caregiver and her last client has unfortunately passed away. Debtor affirms it will take a month or two before she has another client which will cause her income to reduce significantly.

4.

Debtor respectfully requests that her plan payments be excused for the months of August 2025, September 2025, and October 2025, for a total of $2,070.00, while she regains financial stability.

WHEREFORE, Debtor prays:

    a. That this Motion be read, filed, and considered;

    b. That the Court enter an order excusing the Debtor's plan payments for the months of August 2025, September 2025, and October 2025, for a total of $2,070.00 in plan payments; and

    c. That the Court grant Debtor any other relief it deems just and proper.

Dated: August 24, 2025.

>Respectfully submitted,
>/s/Stanley J. Kakol, Jr.
>Stanley J. Kakol, Jr.
>Law Offices of Stanley J. Kakol, Jr.
>5353 Fairington Road, Suite C
>Lithonia, Georgia 30038

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2025, I electronically filed the foregoing **"Motion to Excuse Plan Payments and Notice of Hearing"** using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Melissa J. Davey – Standing Chapter 13 Trustee**

I further certify that on this day I caused a copy of this document to be served by standard United States First Class Mail, with adequate postage prepaid, on the following parties at the address shown for each.

Renee Lashawn Dunn
1887 Highway 138 SW
Riverdale, GA 30296

All parties on the mailing matrix in this case

>/s/Stanley J. Kakol, Jr.
>Stanley J. Kakol, Jr.
>Law Offices of Stanley J. Kakol, Jr.
>5353 Fairington Road, Suite C
>Lithonia, Georgia 30038
>770-800-0440
>Debtor's Attorney