UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO.: 25-57859-PMB |
| RENEE LASHAWN DUNN | ) | |
| | ) | CHAPTER 13 |
| DEBTOR | ) | |
| | ) | JUDGE PAUL BAISIER |
| | ) | |

**TRUSTEE'S SUPPLEMENTAL REPORT REQUESTING DISMISSAL
FOLLOWING CONFIRMATION HEARING ON SEPTEMBER 25, 2025**

At the hearing on Confirmation on September 25, 2025, the Trustee requested that the hearing be reset to November 20, 2025. However, the Trustee also announced an agreement that the Debtor would do the following within ten (10) days: pay $690.00. Upon failure of the Debtor to comply with the above, Trustee may request dismissal by filing a Supplemental Report.

**THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND ADVISES THE FOLLOWING:**

**As the Debtor has failed to comply with the agreement, please enter an Order of Dismissal.**

Dated: October 15, 2025.

Respectfully Submitted,

/s/
Kelsey A. Makeever
GA Bar No. 371499
Attorney for Chapter 13 Trustee
233 Peachtree Street, NE, Suite 2250
Atlanta, GA 30303
Telephone: 678-510-1444
Fax: 678-510-1450
mail@13trusteealtanta.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

RENEE LASHAWN DUNN

    DEBTOR

)    CASE NO.:  25-57859-PMB
)
)    CHAPTER 13
)
)    JUDGE PAUL BAISIER
)

## CERTIFICATE OF SERVICE

    This is to certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Supplemental Report Requesting Dismissal using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**
LAW OFFICES OF STANLEY J. KAKOL. JR., LLC

    I further certify that on this day I caused a copy of this document to be served via first class mail, with adequate postage prepaid on the following parties set forth below at the address shown for each.

DEBTOR:

RENEE LASHAWN DUNN
1887 HIGHWAY 138 SW
RIVERDALE, GA  30296

Dated: October 15, 2025.

/s/
Kelsey A. Makeever
GA Bar No. 371499
Attorney for Chapter 13 Trustee
233 Peachtree Street, NE, Suite 2250
Atlanta, GA 30303
Telephone: 678-510-1444
Fax: 678-510-1450
mail@13trusteealtanta.com